AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ALEX KNOWLES, an individual; A WAY TO MOVE, INC., a California Corporation; JOHN BIDART, an individual; BIDART DAIRY II, LLC, a California Limited Liability Company; BRUCE BERETTA, an individual; SITKA ENTERPRISES, LLC, a California Limited Liability Company; RENTAS E INVERSIONES LOS OLIVOS, LTDA., a Chilean Limited Liability Company; NIULPI INTERNATIONAL SPA, a Chilean Company; INVERSIONES BARAJA Y COMPAÑIA SOCIEDAD COLECTIVA CIVIL, a Chilean Company; and LINK NASHVILLE AIRPORT HOTEL, INC., a Delaware Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> TAYLOR WOODS, an individual; <br> (continued in Attachment) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:24-cv-00675 -SVW (MARx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Taylor Woods
142 E. Clearvue Drive
Meridian, ID 83646
*(Additional defendants continued in Attachment)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen G. Larson, Paul A. Rigali, Alix K. Zelener
LARSON LLP
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
Tel:  213-436-4888; Fax:  213-623-2000
Email:  slarson@larsonllp.com; prigali@larsonllp.com; azelener@larsonllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/25/2024

_____
*Signature of Clerk or Deputy Clerk*

*Attachment to Summons in a Civil Action*

Civil Action No. 2:24-cv-00675-SVW (MARx)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

*Attachment to Summons in a Civil Action*

## DEFENDANTS:  (cont'd)

HOWARD WU aka HOWARD CHORNG JENG WU, an individual; ANNIE WU, an individual; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; URBAN COMMONS, LLC, a Delaware Limited Liability Company; UNI NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; SH NASHVILLE, LLC, a Delaware Limited Liability Company; JOHN JENKINS, JR., an individual; DOUGLAS KIEL, an individual; ALEC ROBINSON, an individual; ASAP PROPERTY HOLDINGS, INC., a California Corporation; ASAP INTERNATIONAL HOTEL, LLC, a California Limited Liability Company; FRANK YUAN, an individual; JEROME YUAN, an individual; NORBERT YUAN, an individual; DOES 1 through 10, inclusive

## To: *(Defendant's name and address)* (cont'd)

Howard Wu aka Howard Chorng Jeng Wu
13600 Bayliss Road
Los Angeles, CA90049

Annie Wu
13600 Bayliss Road
Los Angeles, CA90049

Eagle Nashville Airport Hotel, LLC
c/o Corporation Service Company
251 Little Falls Drive, Wilmington, DE, 19808

Urban Commons, LLC
10250 Constellation Blvd, Suite 1750
Los Angeles, CA 90067

Uni Nashville Airport Hotel, LLC
c/o Corporation Service Company
251 Little Falls Drive,
Wilmington, DE, 19808

SH Nashville, LLC
6822 Chatterton Drive
College Grove, TN 37046-1489

John Jenkins, Jr.
1922 Anderson Street
Charlotte, NC 28205

Douglas Kiel
133 Old Wards Ferry Road
Sonora, CA 95370-7822

Alec Robinson
*(address unknown at this time)*

ASAP Property Holdings, Inc.
81 N Mentor Avenue
Pasadena, CA 91106

ASAP International Hotel, LLC
81 N Mentor Avenue
Pasadena, CA 91106

Frank Yuan
1802 Carlisle Dr.
San Marino, CA 91108-2539

Jerome Yuan
1200 Hillcrest Avenue
Pasadena, CA 91106-4435

Norbert Yuan
360 W. Wistaria Avenue
Arcadia, CA 91007-8011