| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Stephen G. Larson (SBN 145225)<br>LARSON LLP<br>555 South Flower Street Suite 4400<br>Los Angeles, California 90071<br>Telephone No: 213-436-4888<br>Email: slarson@larsonllp.com | | |
| Attorney For: Plaintiffs | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |

| Plaintiff: ALEX KNOWLES, an individual, et al |
|---|
| Defendant: TAYLOR WOODS, an individual, et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-00675-SVW-MAR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program

3. a. *Party served:* TAYLOR WOODS, an individual
   b. *Person served:* Party in item 3.a.
   served under F.R.C.P. Rule 4.

4. Address where the party was served: 142 East Clearvue Drive, Meridian, ID 83646

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jan 29 2024 (2) at: 02:35 PM

6. **Person Who Served Papers:**
   a. Antonio Roque
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $409.90

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/30/2024
(Date)

(Signature)

PROOF OF
SERVICE

*10322397*
*(5595538)*