Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Alix K. Zelener (SBN 340882)
azelener@larsonllp.com
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Howard M. Zelener (SBN 89967)
hmzelener@gmail.com
1749 Sixth Avenue
Redlands, CA 92374
Telephone:  (909) 798-6100
Facsimile: (909) 798-0660

Attorneys for Plaintiffs, Alex Knowles, A way to Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Stika Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversionoes Baraja & Compania Sociedad Colectiva Civil and Link Nashville Airport Hotel, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX KNOWLES, an individual; A WAY TO MOVE, INC., a California Corporation; JOHN BIDART, an individual; BIDART DAIRY II, LLC, a California Limited Liability Company; BRUCE BERETTA, an individual; SITKA ENTERPRISES, LLC, a California Limited Liability Company; RENTAS E INVERSIONES LOS OLIVOS, LTDA., a Chilean Limited Liability Company; NIULPI INTERNATIONAL SPA, a Chilean Company; INVERSIONES BARAJA Y COMPAÑIA SOCIEDAD COLECTIVA CIVIL, a Chilean Company; and LINK NASHVILLE AIRPORT HOTEL, INC., a Delaware Corporation, , | Case No. 2:24-cv-00675-svw (MARx) <br><br> Hon. Stephen V. Wilson <br><br> **STIPULATION TO DISMISS CLAIMS AS TO DEFENDANTS ASAP PROPERTY HOLDINGS, INC., ASAP INTERNATIONAL HOTEL, LLC, FRANK YUAN, JEROME YUAN, AND NORBERT YUAN [FRCP, RULE 41 (a)(1)(A)]** <br><br> Action filed: January 24, 2024 |

LARSON
LOS ANGELES

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ASAP DEFENDANTS

Plaintiff,

vs.

TAYLOR WOODS, an individual; HOWARD WU aka HOWARD CHORNG JENG WU, an individual; ANNIE WU, an individual; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; URBAN COMMONS, LLC, a Delaware Limited Liability Company; UNI NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; SH NASHVILLE, LLC, a Delaware Limited Liability Company; JOHN JENKINS, JR., an individual; DOUGLAS KIEL, an individual; ALEC ROBINSON, an individual; ASAP PROPERTY HOLDINGS, INC., a California Corporation; ASAP INTERNATIONAL HOTEL, LLC, a California Limited Liability Company; FRANK YUAN, an individual; JEROME YUAN, an individual; NORBERT YUAN, an individual; DOES 1 through 10, inclusive, ,

Defendant.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Alex Knowles, A Way To Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Sitka Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversiones Baraja Y Compania Sociedad Colectiva Civil, and Link Nashville Airport Hotel, Inc., and Defendants ASAP Property Holdings, Inc., ASAP International Hotel, LLC, Frank Yuan, Jerome Yuan, and Norbert Yuan, (collectively "ASAP Defendants") by and through their respective counsel, hereby stipulate to dismissal of all causes of action against the ASAP Defendants with prejudice. Each party shall bear his or its own attorneys' fees and costs.

2

LARSON
LOS ANGELES

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ASAP DEFENDANTS

IT IS SO STIPULATED.

Dated:  April 11, 2024                    LATHAM & WATKINS LLP


                                          By:  ____/s/ *Manuel A. Abascal*____
                                                Manuel A. Abascal
                                                Alexander C.K. Wyman
                                          Attorney for Defendants ASAP Property
                                          Holdings, Inc., ASAP International Hotel, LLC.,
                                          Frank Yuan, Jerome Yuan, Norbert Yuan


Dated:  April 11, 2024                    LARSON LLP


                                          By:  ____/s/ *Stephen G. Larson*____
                                                Stephen G. Larson
                                                Paul A. Rigali
                                                Alix K. Zelener
                                                  - and-
                                                Howard M. Zelener
                                          Attorneys for Plaintiffs, Alex Knowles, A way
                                          to Move, Inc., John Bidart, Bidart Dairy II,
                                          LLC, Bruce Beretta, Stika Enterprises, LLC,
                                          Rentas E Inversiones Los Olivos, Ltda., Niulpi
                                          International SpA, Inversionoes Baraja &
                                          Compania Sociedad Colectiva Civil and Link
                                          Nashville Airport Hotel, Inc.

LARSON
LOS ANGELES

3

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ASAP DEFENDANTS

## CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)

Pursuant to Local Rule 5-4.3.4(a)(2), signatories hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated:  April 11, 2024                    LARSON LLP


By:        /s/ *Stephen G. Larson*
           Stephen G. Larson
           Paul A. Rigali
           Alix K. Zelener
             - and-
           Howard M. Zelener

Attorneys for Plaintiffs, Alex Knowles, A way to Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Stika Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversionoes Baraja & Compania Sociedad Colectiva Civil and Link Nashville Airport Hotel, Inc.

LARSON
LOS ANGELES

STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ASAP DEFENDANTS