Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Alix K. Zelener (SBN 340882)
*azelener@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone:(213) 436-4888
Facsimile: (213) 623-2000

Howard M. Zelener (SBN 89967)
*hmzelener@gmail.com*
1749 Sixth Avenue
Redlands, CA 92374
Telephone:  (909) 798-6100

Attorneys for Plaintiffs, Alex Knowles, A way to Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Stika Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversionoes Baraja & Compania Sociedad Colectiva Civil and Link Nashville Airport Hotel, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX KNOWLES, an individual; A WAY TO MOVE, INC., a California Corporation; JOHN BIDART, an individual; BIDART DAIRY II, LLC, a California Limited Liability Company; BRUCE BERETTA, an individual; SITKA ENTERPRISES, LLC, a California Limited Liability Company; RENTAS E INVERSIONES LOS OLIVOS, LTDA., a Chilean Limited Liability Company; NIULPI INTERNATIONAL SPA, a Chilean Company; INVERSIONES BARAJA Y COMPAÑIA SOCIEDAD COLECTIVA CIVIL, a Chilean Company; and LINK NASHVILLE AIRPORT HOTEL, INC., a Delaware Corporation, , <br><br> Plaintiffs, <br><br> vs. | Case No. 2:24-cv-00675-svw (MARx) <br><br> Hon. Stephen V. Wilson <br><br> **STIPULATION TO DISMISS CLAIMS AS TO DEFENDANT TAYLOR WOODS** <br> **[FRCP, RULE 41 (a)(1)(A)]** <br><br> Action filed: January 24, 2024 |

LARSON
LOS ANGELES

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO TAYLOR WOODS

Docusign Envelope ID: 56AAA25A-1FA4-481C-9A0C-7BB7C54A7B10

TAYLOR WOODS, an individual; HOWARD WU aka HOWARD CHORNG JENG WU, an individual; ANNIE WU, an individual; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; URBAN COMMONS, LLC, a Delaware Limited Liability Company; UNI NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; SH NASHVILLE, LLC, a Delaware Limited Liability Company; JOHN JENKINS, JR., an individual; DOUGLAS KIEL, an individual; ALEC ROBINSON, an individual; ASAP PROPERTY HOLDINGS, INC., a California Corporation; ASAP INTERNATIONAL HOTEL, LLC, a California Limited Liability Company; FRANK YUAN, an individual; JEROME YUAN, an individual; NORBERT YUAN, an individual; DOES 1 through 10, inclusive, ,

Defendants.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Alex Knowles, A Way To Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Sitka Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversiones Baraja Y Compania Sociedad Colectiva Civil, and Link Nashville Airport Hotel, Inc., and Defendant Taylor Woods hereby stipulate to dismissal of all causes of action against Woods without prejudice. Each party shall bear his or its own attorneys' fees and costs.

///

///

///

///

///

2

LARSON
LOS ANGELES

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO TAYLOR WOODS

IT IS SO STIPULATED.

Dated: November 18, 2024

By: _____

Taylor Woods

Defendant proceeding Pro Se

Dated: November 18, 2024          LARSON LLP

By:          /s/ *Stephen G. Larson*
          Stephen G. Larson
          Paul A. Rigali
          Alix K. Zelener
            - and-
          Howard M. Zelener

Attorneys for Plaintiffs, Alex Knowles, A way to Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Stika Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversionoes Baraja & Compania Sociedad Colectiva Civil and Link Nashville Airport Hotel, Inc.

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(A)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), signatories hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated:  November 18, 2024          LARSON LLP

By:  _____ /s/ *Stephen G. Larson*_____

Stephen G. Larson
Paul A. Rigali
Alix K. Zelener
  - and-
Howard M. Zelener

Attorneys for Plaintiffs, Alex Knowles, A way to Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Stika Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversionoes Baraja & Compania Sociedad Colectiva Civil and Link Nashville Airport Hotel, Inc.

4

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AS TO TAYLOR WOODS