UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEX KNOWLES, an individual; A WAY TO MOVE, INC., a California Corporation; JOHN BIDART, an individual; BIDART DAIRY II, LLC, a California Limited Liability Company; BRUCE BERETTA, an individual; SITKA ENTERPRISES, LLC, a California Limited Liability Company; RENTAS E INVERSIONES LOS OLIVOS, LTDA., a Chilean Limited Liability Company; NIULPI INTERNATIONAL SPA, a Chilean Company; INVERSIONES BARAJA Y COMPAÑIA SOCIEDAD COLECTIVA CIVIL, a Chilean Company; and LINK NASHVILLE AIRPORT HOTEL, INC., a Delaware Corporation, , | Case No. 2:24-cv-00675-svw (MARx) **ORDER** [*Filed concurrently with Plaintiffs' Response to OSC and Request for Additional Time To Move To Enter Default Judgments*] Judge:   Stephen V. Wilson |
| Plaintiff, | |

[PROPOSED] ORDER

LARSON
LOS ANGELES

vs.

TAYLOR WOODS, an individual; HOWARD WU aka HOWARD CHORNG JENG WU, an individual; ANNIE WU, an individual; EAGLE NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; URBAN COMMONS, LLC, a Delaware Limited Liability Company; UNI NASHVILLE AIRPORT HOTEL, LLC, a Delaware Limited Liability Company; SH NASHVILLE, LLC, a Delaware Limited Liability Company; JOHN JENKINS, JR., an individual; DOUGLAS KIEL, an individual; ALEC ROBINSON, an individual; ASAP PROPERTY HOLDINGS, INC., a California Corporation; ASAP INTERNATIONAL HOTEL, LLC, a California Limited Liability Company; FRANK YUAN, an individual; JEROME YUAN, an individual; NORBERT YUAN, an individual; DOES 1 through 10, inclusive, ,

Defendant.

LARSON
LOS ANGELES

2

[PROPOSED] ORDER

## ORDER

Currently before the Court is Plaintiffs Alex Knowles, A Way To Move, Inc., John Bidart, Bidart Dairy II, LLC, Bruce Beretta, Sitka Enterprises, LLC, Rentas E Inversiones Los Olivos, Ltda., Niulpi International SpA, Inversiones Baraja Y Compania Sociedad Colectiva Civil, and Link Nashville Airport Hotel, Inc.'s request for additional time to move to enter default judgments against Defendants Uni Nashville, LLC, Eagle Nashville, LLC, SH Nashville, LLC.

The Court, having considered Plaintiffs' request, hereby orders as follows:

1.      Plaintiffs shall have until January 20, 2025 to move to enter default judgments against Defendants Uni Nashville, LLC, Eagle Nashville, LLC, SH Nashville, LLC.

2.      The November 27, 2024 Order To Show Cause Why This Case Should Not Be Dismissed For Lack Of Prosecution is vacated.

**SO ORDERED.**

DATED: December 13, 2024

Stephen V. Wilson
United States District Judge

LARSON
LOS ANGELES

3

[PROPOSED] ORDER