Stephen G. Larson (SBN 145225)
Paul A. Rigali (SBN 262948)
Alix K. Zelener (SBN 340882)
LARSON LLP
555 South Flower Street, 30th Floor
Los Angeles, CA  90071
Tel: (213) 436-4888; Fax: (213) 623-2000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX KNOWLES, et al.<br><br>                                  Plaintiff(s),<br><br>          v.<br><br>TAYLOR WOODS, et al.<br><br>                                  Defendant(s). | CASE NUMBER<br>2:24-cv-00675-SVW-MAR<br><br><br>**NOTICE OF DISMISSAL PURSUANT<br>TO FEDERAL RULES OF CIVIL<br>PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) Eagle Nashville Airport Hotel, LLC - WITHOUT PREJUDICE _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by all Plaintiffs

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| May 8, 2025 _____ | /s/ Stephen G. Larson _____ |
| *Date* | *Signature of Attorney/Party* |
| | Counsel for Plaintiffs |

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*