Stephen G. Larson (SBN 145225)
Paul A. Rigali (SBN 262948)
Alix K. Zelener (SBN 340882)
LARSON LLP
555 South Flower Street, 30th Floor
Los Angeles, CA  90071
Tel: (213) 436-4888; Fax: (213) 623-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALEX KNOWLES, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-00675-SVW-MAR |
| v. | |
| TAYLOR WOODS, et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
   dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
   dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s)  Uni Nashville Airport Hotel, LLC - WITHOUT PREJUDICE

   is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
   brought by  all Plaintiffs

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


| May 8, 2025 | /s/ Stephen G. Larson |
|---|---|
| *Date* | *Signature of Attorney/Party* |
| | Counsel for Plaintiffs |


*NOTE:* **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for
summary judgment, whichever first occurs.**

   **F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive
   pleading or prior to the beginning of trial.**

CV-09 (03/10)          **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**